IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 105-056 |
| | ) | |
| AUDIE RAYNARD ALSTON, | ) | |
| DARNELL MAURICE COOPER, and | ) | |
| LAQUONNA MAKNNA DAVIS | ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation to which objections have been filed by Defendant Alston. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, the preliminary motions to suppress by Defendants Alston and Cooper are **MOOT** (doc. nos. 40 & 61) and the particularized motions to suppress are **DENIED**. (Doc. nos. 85 & 87).

SO ORDERED this 23rd day of November, 2005, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE

# United States District Court
## Southern District of Georgia

UNITED STATES OF AMERICA  *

vs.  *  CASE NO. CR105-56

AUDIE ALSTON, DARNELL  *
COOPER, LAQUONNA DAVIS  *
  *

The undersigned, a regularly appointed and qualified deputy in the office of this Clerk of this District, while conducting the business of the Court for said Division does hereby certify the following:

1. Pursuant to instructions from the court, and in the performance of my official duties, I personally placed in the U.S. Mail a sealed envelope bearing the lawful frank of the Court, and properly addressed to each of the persons, parties or attorneys listed below; and

2. That the aforementioned envelope(s) contain a copy of the documents known as Order dated 11/23/05, which is part of the official records of this case.

Date of Mailing: 11/23/05
Date of Certificate: 11/23/05

SCOTT L. POFF, CLERK

By _L. Jelinder_

NAME:
1. Audie Raynard Alston — Victor Hawk
2. Darnell Maurice Cooper — Wendell Johnston, Jr.
3. LaQuonna Maknna Davis — John Flythe
4. 
5. 
6. 
7. 

Cert/Copy
- ☐ ☒ District Judge
- ☐ ☒ Magistrate Judge
- ☐ ☐ Minutes
- ☐ ☐ U.S. Probation
- ☐ ☐ U.S. Marshal
- ☐ ☒ U.S. Attorney
- ☐ ☐ JAG Office

Cert/Copy
- ☐ ☐ Dept. of Justice
- ☐ ☐ Dept. of Public Safety
- ☐ ☐ Voter Registrar
- ☐ ☐ U.S. Court of Appeals
- ☐ ☐ Nicole/Debbie
- ☐ ☒ Ray Stalvey
- ☐ ☐ Cindy Reynolds